# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 14217 |
| Michelle Y Mallory, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

Nissan Motor Acceptance Corporation, c/o Ross W Bartolotta, Swanson Martin & Bell LLP, 2525 Cabot Drive Suite 204, Lisle, IL 60532;

See attached Service List.

Please take notice that on April 27, 2020, at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 3, 2020.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-14217<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  3 12:58:17 CDT 2020 | LVNV Funding LLC<br>%Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Nissan Motor Acceptance Corporation<br>PO BOX 660366<br>Dallas, TX 75266-0366 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>c/o:  C T Corporation System<br>208 So Lasalle St, Suite 814<br>Chicago, IL 60604-1101 |
| BARCLAYS BANK DELAWARE<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | BEST EGG/SST<br>4315 PICKETT RD<br>SAINT JOSEPH, MO 64503-1600 | CAP1/CARSN<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 |
| CAP1/DBARN<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | CAPITAL ONE<br>P O Box 30253<br>Salt Lake City, UT 84130-0253 | CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 |
| CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | COMENITY BANK/ASHSTWRT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| COMENITY BANK/CARSONS<br>1314 PINELOG ROAD<br>AIKEN, SC 29803-6072 | COMENITY BANK/LNBRYANT<br>4590 E Broad St<br>Columbus, OH 43213-1301 | COMENITYBANK/MEIJER<br>Po Box 182273<br>Columbus, OH 43218-2273 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | ComEd<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook, IL 60523-1502 | DISCOVER FIN SVCS LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Great American Finance<br>20 N Wacker Dr, Ste 2275<br>Chicago, IL 60606-1294 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| ILLINOIS CORPORATION SERVICE C<br>801 ADLAI STEVENSON DRIVE<br>Springfield, IL 62703-4261 | KOHLS/CAPONE<br>PO BOX 3115<br>MILWAUKEE, WI 53201-3115 | Kevin Cullum<br>One Nissan Way<br>Franklin, TN 37067-6367 |

| | | |
|---|---|---|
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | MCYDSNB<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 | Midland Funding, LLC<br>Midland Credit Management, Inc<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | SYNCB/AMAZON<br>PO BOX 965015<br>ORLANDO, FL 32896-5015 |
| SYNCB/CITGO<br>C/O PO BOX 965004<br>ORLANDO, FL 32896-0001 | SYNCB/JCP<br>PO BOX 965007<br>Orlando, FL 32896-5007 | SYNCB/OLD NAVY<br>Po Box 530942<br>Atlanta, GA 30353-0942 |
| SYNCB/OLDNAV<br>P.O. BOX 29116<br>SHAWNEE MISSIO, KS 66201 | SYNCB/PAYPAL SMART CON<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/SAMS<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| SYNCB/SAMS CLUB<br>Po Box 960013<br>Orlando, FL 32896-0013 | SYNCB/TJX<br>PO BOX 965015<br>ORLANDO, FL 32896-5015 | SYNCB/TJX COS<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| SYNCB/WALMART<br>Po Box 530927<br>Atlanta, GA 30353-0927 | Secretary of State of Illinois<br>9901 S. King Dr<br>Chicago, IL 60628-1523 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TARGET/TD<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | TD BANK USA/TARGETCRED<br>PO Box 660170<br>Dallas, TX 75266-0170 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | VERIZON<br>455 Duke Drive<br>Franklin, TN 37067-2701 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Village of Oak Lawn<br>9446 S Raymond Ave<br>Oak Lawn, IL 60453-2449 | WEBBNK/FHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD, MN 56303-0820 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 |

| | | |
|---|---|---|
| Michelle Y Mallory<br>12236 S Spencer St Apt 1s<br>Alsip, IL 60803-2544 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Stephen M Cramarosso<br>Pfeiffer Law Offices, P.C.<br>1725 S. Naperville Road<br>Suite 205<br>Wheaton, IL 60189-5855 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE CARD<br>BANK ONE CARD SERV 2500 WESTFIELD DRI<br>ELGIN, IL 60124 | NISSAN MOTOR ACCEPTANC<br>2901 KINWEST PKWY<br>IRVING, TX 75063 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, N.A.<br>(DRESSBARN)<br>POB 41067<br>Norfolk, VA 23541 |
| SPRINGLEAF FINANCIAL S<br>401 S MERIDIAN STREET ST<br>GREENWOOD, IN 46143 | TMobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX  75266-0366 | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     1<br>Total                  65 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 14217 |
| Michelle Y Mallory, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Michelle Y Mallory, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to enter an Order modifying the Chapter 13 Plan. Debtor states as follows:

1. On May 16, 2018, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On July 9, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan, with secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors are to be paid 10.00% of their allowed claims.

3. That the confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $475.00 on a monthly basis for a term of 36 months.

4. Debtor is currently not working since her employer has ceased any business activity due to the situation caused by the spread of the Coronavirus (COVID-19). As a result, Debtor is deprived of her source of income thus she cannot afford the current payment and all other expenses.

5. Debtor seeks to defer the current Plan default through April of 2020 and suspend the May, June and July 2020 Plan payments.

6. Debtor respectfully requests this Honorable Court defer the current plan default to the

    end of the plan of reorganization.

7. Debtor further requests this Honorable Court to suspend Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020.

8. That Debtor filed the instant case in good faith and intends to complete the Chapter 13 Plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. That this Honorable Court enter an Order suspending Debtor's Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020; and

C. That this Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

   /s/ Steve Miljus
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625